# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAY L. BLOOM, AN INDIVIDUAL; AND CAROLYN S. FARKAS, AN INDIVIDUAL,

Appellants,

vs.

PLASIM HOMES, LLC, A NEVADA LIMITED LIABILITY COMPANY,

Respondent.

No. 79442

FILED

NOV 0 8 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. James Crockett, District Judge
Janet Trost, Settlement Judge
Maier Gutierrez & Associates
Hatfield & Associates, Ltd.
Eighth District Court Clerk

19-46066